Eastern District of Kentucky
FILED
MAR 16 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:03-CV-269-KKC

SEAN PERKINS JACKSON, ET AL. PLAINTIFFS

VS. **AGREED ORDER OF DISMISSAL**

FLOYD COUNTY BOARD OF EDUCATION, ET AL. DEFENDANTS

*** *** *** *** ***

This matter having come before the court upon agreement of the parties, and the court being sufficiently advised:

IT IS HEREBY ORDERED this matter is dismissed, with prejudice, with the parties to bear their own cost.

Entered this 16 day of March, 2005.

Karen Caldwell
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Agreed to by:

MICHAEL P. CASEY
The Kaplan Law Office
250 West Main Street, Suite 2000
Lexington, Kentucky 40507
*Counsel for the Floyd Count Board of Education*

2-23-05

HON. ROBERT CHENOWETH
Chenoweth Law Office
121 Bridge Street
Frankfort, Kentucky 40601
*Counsel for Carol Combs and Tonya Williams*

HON. TERRY JACOBS
PO Box 991
Hindman, Kentucky 41822
Counsel for Marty Mullins

3-2-05

HON. WILLIAM G. FRANCIS
311 N. Arnold Avenue, Suite 504
P.O. Box 268
Prestonsburg, Kentucky 41653
*Counsel for Justin Aburgey and Mattie Donta*

HON. NED PILLERSDORF
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg Kentucky 41653
*Counsel for Plaintiffs*

(by NP)

HON. BRENDA POPPLEWELL
307 West Mount Vernon Street
Somerset, KY 42501-1631
*Counsel for all Plaintiffs*