FEB 1 2008

Eastern District of Kentucky
FILED

FEB 01 2008

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:03-CV-269-KKC

SEAN PERKINS JACKSON, ET AL. PLAINTIFFS

VS. **NOTICE OF RECEIPT OF SETTLEMENT DOCUMENTS FROM THE PARENTS AND GUARDIANS OF JONAH ROARK**

FLOYD COUNTY BOARD OF EDUCATION, ET AL. DEFENDANTS

*** *** *** *** ***

Comes the Defendants, Floyd County Board of Education, et al., and hereby serves notice with the Court that the parent and guardian of Jonah Roark has executed the structured settlement documents. Those documents have now been sent to the structured settlement carrier company.

Respectfully submitted,

MICHAEL P. CASEY
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served on this the 3rd day of January, 2008, to the following:

Hon. Ned Pillersdorf
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, KY 41653